UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION TO LIMIT UNIVERSITY EXPANSION, *et al.*, | No. C-06-2753 CRB (EMC) |
| Plaintiffs, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| DENICE D. DENTON, *et al.*, | |
| Defendants. _____/ | RELATED CASE |
| CITY OF SANTA CRUZ, | No. C-06-4676 CRB (EMC) |
| Plaintiff, | |
| v. | |
| GEORGE BLUMENTHAL, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement/Status Conference, to be held telephonically, is scheduled for **February 28, 2007, at 4:00 p.m.** before Magistrate Judge Edward M. Chen. The Court shall initiate the conference call.

Lead counsel who will try the case shall appear at the Settlement/Status Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

The Court notes that the participants involved in this telephonic conference is as follows:

1. Daniel G. Cooper/Michael J. Chappell - 415/440-6520, ext. 204/ext. 203

2. Sabrina V. Teller - 916/443-2745

3.  John G. Barisone - 831/420-6200

4.  R. Christopher Locke - 415/954-4486

5.  Anthony O. Garvin - 510/987-9737

6.  Randall C. Creech - 408/993-9911

7.  Brett H. Bailey - 415/781-7900

Other parties or counsel who wish to participate in the conference call shall contact Judge Chen's secretary, Leni Doyle, at 415/522-4050.

IT IS SO ORDERED.

Dated:  February 16, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2